UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN THE MATTER OF: )
Allen Copeland ) CASE NO. 21-81155-CRJ-13
SSN: XXX-XX-5311 )
 ) CHAPTER 13
        DEBTOR )

## TRUSTEE'S MOTION TO DISMISS

COMES NOW, Michele T. Hatcher, the Trustee in the above styled case, and states:

1. The Trustee has been notified that the Debtor is deceased. The last payment received from the Debtor was on April 4, 2023.

2. Counsel for the Debtors was awarded a fee in the amount of $3,750, of which $3,750 has been paid as of the date of this Motion.

WHEREFORE, the Trustee moves that the subject case be dismissed.

Done this 15th day of May, 2023.

        /s/ Michele T. Hatcher
        Michele T. Hatcher, Trustee
        PO Box 2388
        Decatur, AL 35602
        (256) 350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Allen D. Copeland        Bond Botes Sykstus Tanner & Ezzell
15885 AL. Hwy 91        Debtor's attorney
Hanceville, AL. 35077        225 Pratt Avenue
        Huntsville, AL. 35801
        (Served electronically)


        /s/ Michele T. Hatcher
        Trustee