# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Allen D. Copeland | ) | CASE NO: 21-81155-CRJ-13 |
| | ) | |
| SSN: XXX-XX-5311 | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |

**MOTION FOR EX-PARTE ORDER LIMITING NOTICE OF TRUSTEE'S MOTION TO MODIFY PLAN TO THOSE PARTIES AFFECTED BY THE MOTION**

Michele T. Hatcher, the Chapter 13 Trustee, Moves the Court, pursuant to Rule 3015 (h) of the Federal Rules of Bankruptcy Procedure to limit the parties to whom the Trustee must give notice of the attached Motion to Modify Plan to only those parties who may be affected by the proposed modification. This Motion is based upon the following:

1. The Debtor's Plan payments are in default.

2. The Trustee must modify the confirmed Plan to cure the delinquency.

3. The Plan modification will not affect the secured creditors or the fixed payments due to the secured creditors.

4. Likewise the Plan modification will not affect priority creditors.

5. Finally, the proposed modification will not decrease the dividend to be paid to unsecured creditors from the present dividend.

6. Under Rule 3015 (h), FRBC, the movant in a Motion to Modify Plan must serve the debtor, the trustee and all creditors with a copy of the proposed modification.

7. However, the Court is authorized to exclude from the noticing requirement those creditors "who are not affected by the proposed modification…" Rule 3015 (h), FRBC.

8. The Trustee advises the Court that service of the 32 creditors, at a postal rate of $.60 per creditor.

9. The Trustee asserts that none of the creditors in this case, would be adversely affected by the granting of the Trustee's proposed Motion, and therefore service of the motion on other creditors would require unnecessary expenditures for postage and envelopes, in addition to labor costs.

10. The Trustee seeks to reduce operating costs whenever practical to do so, in order to keep trustee fees at a minimum.

11. The Trustee alleges it is appropriate in this case that the Court consider dispensing with notice of proposed Plan amendments to parties who will not be affected by the amendments.

Wherefore, The Trustee moves the Court to enter an order, ex-parte, exempting the Trustee from serving creditors, with the Trustee's Motion to Modify Plan, or with notice of the filing of the Motion. The Trustee proposes to serve the Motion on the Debtor and his/ her/their counsel.

RESPECTFULLY SUBMITTED, this 2nd day of August, 2023.

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee
Chapter 13 Trustee
PO Box 2388
Decatur, AL. 35602-2388
256-350-0442

# CERTIFICATE OF SERVICE

  I hereby certify that on August 2, 2023, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Allen D. Copeland
15885 AL. Hwy 91
Hanceville, AL. 35077

Bond Botes Sykstus Tanner & Ezzell
Debtor's attorney
225 Pratt Avenue
Huntsville, AL. 35801
(Served electronically)

            /s/ Michele T. Hatcher
            Michele T. Hatcher, Trustee