UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: ) CHAPTER 13
    ALLEN D COPELAND )
) CASE NO. 21-81155-CRJ-13
    Debtor(s). )

MOTION FOR RELIEF FROM AUTOMATIC STAY

Now Comes the Movant, PERFORMANCE FINANCE, a creditor herein, by its attorneys, Chambless Math ❖ Carr, P.C. and for its Motion for Relief from the Automatic Stay, states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334, as referred under 28 U.S.C. Section 157, and it constitutes a "core proceeding" within the meaning of the latter statute. This Motion is made pursuant to Bankruptcy Rule 4001, and in conformity with Bankruptcy Rule 9014.

2. Movant is precluded by the force and effect of paragraph (4) and (5) of Section 362(a) of the Bankruptcy Code from enforcing Movant's lien against property of the estate and property of the Debtor(s).

3. The Debtor(s) are indebted to the Movant in the sum of $12,098.65 plus interest at the contract rate until paid.

4. The consideration was an obligation for the sum and on the date shown on the security agreement attached to the Proof of Claim filed herein by the Movant.

5. There are no setoffs or counterclaims to said debt, and it is free from any charge forbidden by applicable law.

6. Pursuant to said obligation, the Movant has a security interest in goods as follows: 2018 INDIAN MOTORCYCLE.

7. Movant is and will continue to suffer irreparable harm from continuation of the 11 U.S.C. Section 362 automatic stay because the debtor has failed to make regular payments to the trustee as required by the terms of the confirmed plan.

8. Meanwhile, Debtor(s) continues to use and enjoy the movant's collateral while same continues to depreciate in value without adequate protection and compensation to Movant.

WHEREFORE, Movant moves for an Order granting relief from the Section 362 Stay, awarding attorney fees & costs associated with filing the motion in the amount of $538.00, along with such further or other relief as the court may deem proper.

PERFORMANCE FINANCE

*/s/ Kathryn M. Grafton*
Kathryn M. Grafton

Of Counsel:
Kathryn M. Grafton
Chambless ❖ Math, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230
kgrafton@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on the attorneys of record & the debtor/codebtor as set forth below on August 10, 2023.

Manner of Service

x      by electronic notice

MICHELE T. HATCHER
CHAPTER 13 TRUSTEE
P.O. BOX 2388
DECATUR AL 35602
ecf@ch13decatur.com


RONALD C SYKSTUS
BOND, BOTES, SYKSTUS, TANNER, & EZZELL PC
225 PRATT AVENUE NE
HUNTSVILLE AL 35801-4008
ccaldwell@bondnbotes.com

x      depositing a copy thereof in the United States mail postage prepaid:

ALLEN D COPELAND
15885 AL HWY 91
HANCEVILLE AL 35077

*/s/ Kathryn M. Grafton*

Chambless Math ❖ Carr, P.C.