UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re: **Allen D. Copeland**           )
    **xxx-xx-5311**                      )    Case No. **21-81155-CRJ-13**
    Debtor                                       )

## SUGGESTION OF DEATH

COMES NOW Ronald C. Sykstus, counsel for the Debtor, and states:

The Debtor in this matter, Allen D. Copeland passed away on April 27, 2023.

Respectfully submitted this the  17th  day of August, 2023.

                            Respectfully Submitted,

                            /s/ Ronald C. Sykstus
                            Ronald C. Sykstus
                            Amy K. Tanner
                            Rebecca S. Smith
                            Attorney for Debtor

OF COUNSEL:
Bond, Botes, Sykstus & Tanner, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801
Telephone: (256)539-9899
Facsimile: (256)539-9895

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon Michele T. Hatcher, Chapter 13 Trustee, electronically via CM/ECF on this the  17th  day of     August     2023.

                            /s/ Ronald C. Sykstus
                            OF COUNSEL