UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN THE MATTER OF:
Allen D. Copeland ) CASE NO-21-81155-CRJ-13
)
) CHAPTER 13
DEBTOR )

## ORDER APPROVING TRUSTEE'S MOTION TO MODIFY PLAN

This case came before the Court on the Trustee's Motion to Modify the confirmed Plan to cure the Debtor's default in Plan payments and request that the Debtor be placed on payment monitoring for a term of three months, beginning with the payment due in the month of September 2023 and continuing through the payment due in the month of November 2023.

Notice and opportunity to respond to the Trustee's Motion having been given, and no response having been filed by the Debtor, and it appearing that there is cause to grant the Trustee's Motion, it is hereby

ORDERED that the Debtor's Chapter 13 Plan payments increase to $2,300 monthly beginning with the September 2023 payment and continuing for the remaining term of the Plan.

IT IS FURTHER ORDERED beginning September 2023, the Debtor shall be placed on a three (3) month payment monitoring period, time being of the essence, wherein if Plan payments are not made within the month in which they are due, the Trustee may obtain an order of dismissal without further notice.

Dated this the 25th day of August 2023.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge