# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| Allen D. Copeland ) | CASE NO. 21-81155-CRJ-13 |
| SSN: XXX-XX-5311 ) | |
| ) | CHAPTER 13 |
| DEBTOR ) | |

## TRUSTEE'S MOTION TO DISMISS

COMES NOW, Michele T. Hatcher, the Trustee in the above styled case, and states:

1. The Trustee has been notified that the Debtor is deceased. The last payment received from the Debtor was on April 4, 2023.

2. Counsel for the Debtors was awarded a fee in the amount of $3,750, of which $3,750 has been paid as of the date of this Motion.

WHEREFORE, the Trustee moves that the subject case be dismissed.

Done this 15th day of September, 2023.

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee
PO Box 2388
Decatur, AL 35602
(256) 350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Allen D. Copeland
15885 AL. Hwy. 91
Hanceville, AL. 35077

Bond Botes Sykstus Tanner & Ezzell
Debtor's attorney
225 Pratt Avenue
Huntsville, AL. 35801
(Served electronically)

/s/ Michele T. Hatcher
Trustee