IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:  )  CHAPTER 13
    ALLEN D COPELAND  )
      )  CASE NO. 21-81155-CRJ-13
    Debtor(s).  )

## ORDER TERMINATING STAY

This matter came before the Court on September 7, 2023 upon the Motion of the creditor, PERFORMANCE FINANCE, for Relief from the Stay imposed by 11 U.S.C. Section 362(a) as it relates to the personal property commonly known as and described in the Motion as:

2018 INDIAN MOTORCYCLE  VIN # 56KTCDAA6J3358328

Proper notice of the hearing was given, and appearances were made as noted on the record. The Court considered the Motion and finds that good cause exists to lift the stay and it is therefore ORDERED, ADJUDGED and DECREED that the Motion is APPROVED and the automatic stay imposed by 11 U.S.C. Section 362(a) is terminated in this case with respect to this creditor. The stay of execution provided by Bankruptcy Rule 4001 is hereby waived by the debtor(s).

Dated this the 19th day of September, 2023.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

The Order prepared by:

*/s/ Kathryn M. Grafton*
Kathryn M. Grafton, Attorney for PERFORMANCE FINANCE

This Order consented to by:

*/s/ Kathryn M. Grafton*
Kathryn M. Grafton, Attorney for PERFORMANCE FINANCE

*/s/ Ronald C. Sykstus*
RONALD C SYKSTUS, Attorney for the DEBTOR

*/s/ Michele T. Hatcher*
MICHELE T. HATCHER, Chapter 13 TRUSTEE